**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X
                                      :

Wilbert Wilson, et al.,                       :    **Docket No.:** 18-cv-01172-MKB-SJB

                             :

                    Plaintiff,        :

                             :    <u>**AFFIDAVIT OF SERVICE**</u>

        -against-               :

                             :

                             :

Neighborhood Restore Development, et al.,    :

                    Defendant.     :

                             :

-------------------------------------------------------------------- X

STATE OF NEW YORK     )
                         )    ss.:
COUNTY OF NEW YORK )

        **MELANIE MCFARLANE**, being duly sworn, states as follows:

1.       I am over 18 years of age;

2.       I am not a party to this action;

3.       I am employed with Goldstein Hall PLLC at 80 Broad Street, Suite 303, New York, New York 10004;

4.       On March 14, 2018, I served the Petitioner named below with the **Court Order**, dated March 13, 2018, by United States Magistrate Judge Sanket J. Bulsara, annexed hereto as Exhibit "A":

**E.J.**
P.O. Box 50446
Brooklyn, NY 11201

1

5.    The service was made by mailing a true and complete copy of the **COURT ORDER** by *Priority Mail* in a postage pre-paid envelope, and depositing same in an official depository of the U.S. Post Office within New York State to the last known addresses as set forth above.

**MELANIE MCFARLANE**

Sworn before me on
the 15th day of March, 2018

**NOTARY PUBLIC**

BRIAN J. MARKOWITZ
Notary Public, State of New York
Qualified in New York County
Reg. No. 02MA6077879
My Comm. Exp. 7/22/20

2

Exhibit "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Wilbert Wilson, et al.

                                                    **ORDER**
                                              18-cv-01172-MKB-SJB

     -against-

Neighborhood Restore Development, et al.


------------------------------------------------------------------------X

**BULSARA, United States Magistrate Judge:**

     An in person initial conference will be held at **10:30 A.M. on June 1, 2018 in Courtroom 324N** of the United States Courthouse, 225 Cadman Plaza East, Brooklyn , New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference. Counsel for defendant is directed to immediately forward a copy of this Order to the Plaintiff, who is proceeding pro se, via return receipt delivery and file proof of services with the Court.


SO ORDERED.

s/_____

SANKET J. BULSARA
United States Magistrate Judge

March 13, 2018
Brooklyn, New York

DOCKET NO.: 18-cv-01172-MKB-SJB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Wilbert Wilson, et al.,

Petitioner,

-against-

Neighborhood Restore Development, et al.,

Defendant.

## AFFIDAVIT OF SERVICE

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers, or the contentions therein, are not frivolous, as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

GOLDSTEIN HALL PLLC

By: _____
Max Rayetsky, Esq.
80 Broad Street, Suite 303
New York, New York 10004

Service of a copy of the within is hereby admitted

Dated: _____, 2018
Attorney(s) for _____

****************************NOTICE OF ENTRY****************************

Sir/Madam:

Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on the ___ day of _____, 2018.

Dated:

Yours, etc.

GOLDSTEIN HALL PLLC
Attorney(s) for Defendant
80 Broad Street, Suite 303
New York, New York 10004

To: _____
Attorneys(s) for _____

****************************NOTICE OF SETTLEMENT****************************

Sir/Madam:

Please take note that an _____ of which the within is a true copy will be presented for settlement to the Hon. _____, one of the Justices of the within named court at _____, on _____, 2018, at _____ A.M./P.M.

Dated:

Yours, etc.

GOLDSTEIN HALL PLLC
Attorney(s) for Defendant
80 Broad Street, Suite 303
New York, New York 10004

To: _____
Attorneys(s) for _____