Case # 1:18-CV-01172-MKB-SJB

Wilson et V. Neighborhood Restore Devop. et al
Assigned To: Judge Margo K. Brodie
Referred To: Magistrate Judge Sanket J. Bulsara
Cause: 28:1331 Fed. Question

Plaintiffs:

1. Wilbert Wilson
2. Roland Woods
3. Ta'kyashalah Sabree
4. E. J.

On behalf of the Plaintiffs names, the correct addresses are:

P.O. Box 50446
Brooklyn, NY 11205-0446

Thank You,

Wilbert Wilson
P.O. Box 50446
Brooklyn, NY 11205-0446
347 986-4179

RECEIVED JUN 04 2018 PRO SE OFFICE