Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Division

**ORIGINAL**

WILBERT WILSON, ROLAND WOODS,
TA'KYASHILAH SABREE, and E.J.,

Case No. _18 cv 1172 (MKB)(SJB)_

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

-v-

NEIGHBORHOOD RESTORE DEVELOPMENT
and NORTHEAST BROOKLYN,

**RECEIVED**
NOV 1 3 2018
**PRO SE OFFICE**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

A M E N D E D
## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Wilbert Wilson_
Street Address _580 Lafayette Avenue_
City and County _Brooklyn, Kings_
State and Zip Code _New York, 11205_
Telephone Number _718 237 3190_
E-mail Address _P.O. Box 50446, Brooklyn, N.Y._
Mailing _11205 - 0446_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

_____ Division

WILBERT WILSON, ROLAND WOODS,
TA'KYASHILAH SABREE, and E.J.,

)
)
)
)
)

Case No. _18 cv 1172_____

_(to be filled in by the Clerk's Office)_

_____

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

NEIGHBORHOOD RESTORE DEVELOPMENT
and NORTHEAST BROOKLYN,

_____

_Defendant(s)_
_(Write the full name of each defendant who is being sued.  If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)

Jury Trial:  _(check one)_   ☑ Yes   ☐ No

## AMENDED
## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                     _Roland Woods_
Street Address           _580 Lafayette Avenue_
City and County          _Brooklyn, Kings_
State and Zip Code       _New York, 11205_
Telephone Number         _718 237. 3195_
E-mail Address           _P.O. Box 50446, Brooklyn, N.Y._
Mailing                  _11205 - 0446_

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

Division

WILBERT WILSON, ROLAND WOODS,
TA'KYASHILAH SABREE, and E.J.,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _18 cv 1172_

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

NEIGHBORHOOD RESTORE DEVELOPMENT
and NORTHEAST BROOKLYN,

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## A M E N D E D
## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name  Ta'Kyashilah Sabree
Street Address  580 Lafayette Avenue
City and County  Brooklyn, Kings
State and Zip Code  New York, 11205
Telephone Number  347 986-3179
E-mail Address
Mailing  P.O. Box 50446 Bklyn, NY
11205-0446

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — *Neighborhood Restore*

~~Job or Title *(if known)*~~ — *Housing Development Fund Corp.*

Street Address — *150 Broadway, Suite 2101*

City and County — *New York, (Manhattan)*

State and Zip Code — *New York, 10038*

Telephone Number — *212 584 - 8981*

E-mail Address *(if known)* — *www.Neighborhoodrestore.com*

Defendant No. 2

Name — *Northeast Brooklyn Housing*

~~Job or Title *(if known)*~~ — *Development Corporation*

Street Address — *132 Ralph Avenue*

City and County — *Brooklyn, (Kings)*

State and Zip Code — *New York, 11233*

Telephone Number — *718 453 - 9490*

E-mail Address *(if known)* —

Defendant No. 3

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 4

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

The purpose of this Lawsuit is to restore the Plaintiff's property at 580 Lafayette Avenue, Brooklyn, New York and Recover Compensation from Defendants

The amount in Controversy

By the reason of Defendants and their Trustee, Project Managers and Third-Party transferring tax lien sale property violation of Article 18 USCA - 1962 and Penal Law Article 460. The plaintiffs Mr. Wilson and family is entitled to pursuant to 18 USCA-l964 © to treble damages sustained over or a minimum of _____ _____ with interest thereon together with reasonable attorney's

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of the involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, Mr. Wilson, is asking the court to inform the Defendant upon returning the plaintiff's property, the defendants are to return the property in the same condition when the defendants fraudulently took over the property at 580 Lafayette Avenue, Brooklyn, New York.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiffs and his family were injured in their business and property by reason of this violation of Article 18 USCA - 1962 and Penal Law Article 460. Plaintiffs and family suffered damages, including loss of the use of their retirement home. The property has been in the family for over forty-three (43) years at 580 Lafayette

4-5

Statement of Claim (continued)

1. 580 Lafayette Ave has been plaintiffs' family's home for generations.

2. The family home is located in the Brooklyn neighborhood of Bedford Stuyvesant; an historically African American enclave that has, in recent years, begun gentrifying.

3. As Bedford Stuyvesant gentrifies, developers have used a practice of obtaining properties from African American owners at a low price, then reselling those properties to white owners for a large profit.

4. Plaintiffs are African American.

5. Plaintiffs Roland Woods and Wilbert Wilson are relatives and World War II veterans.

6. Mr. Wilson lived in the family home at 580 Lafayette Avenue for over 40 years.

7. Mr. Woods and Mr. Wilson planned live in their family home after retiring.

8. Plaintiff Takyshiulah  Sabree also lived in the family home and planned to remain residing there.

9. **· This VOID CASE should have NEVER EXISTED in Court.**

10. In or about 2010, plaintiffs learned that the City of New York held a tax lien against the family home in the amount of approximately $25,000 or $30,000.

11. Mr. Wilson applied for a reversed mortgage from Bank of America in or about September 2010.  See **Exhibits to Amended Complaint** ("exhibits") mortgage was approved August 21, 2012.

12. Bank of America appraised the family home at $500,000.

13. On or about November 9, 2010 Bank of America approved Mr. Wilson for a $333,0000 line of credit.  *See exhibits* on Approved Reverse Mortgage.

14. On or about October 26, 2011, the City of New York obtained a void judgment of foreclosure against 580 Lafayette Avenue for the unpaid tax lien.  See exhibits.

15. On or about August 8, 2012, New York City transferred the deed to 580 Lafayette Avenue to Defendant Neighborhood Restore as part of the city's Third Party Transfer Program.  See exhibits.  The Reverse Mortgage was approved to pay off the taxes on August 21, 2012.

16. New York City transferred the deed to Neighborhood Restore without providing plaintiffs the required 90 days to make good on the lien.

On August 10, 2012, the New York City Commission of Finance issued a Deed Transferring the property at 580 Lafayette Avenue, Brooklyn, New York to Neighborhood Restore, with No Commenced Action in Court.  A VOID.

VOID, judgment is judge Acted in a manner consistent with the Constitutional.   __The Defendants Violated__

. Neighborhood Restore took possession of the transferred deed with full knowledge that the transfer was premature because plaintiffs had not had 90 days to make good on the lien.

. Plaintiffs were willing and able to satisfy the tax lien because they had obtained a reverse mortgage from Bank of American for this purpose.

. Neighborhood Restore knew that plaintiffs had obtained a reverse mortgage and were able to satisfy the tax lien.

. Neighborhood Restore, in order to take possession of the deed to 580 Lafayette Avenue at a  VOID, No Action Commenced on February 23, 2007.

# CRIMINAL CIVIL RIGHT VIOLATIONS Understanding risk and default risk, all the strategies third-party used for swapping property, uses void default general obligation strategies, looking up judges with no commencing civil actions, no opposing parties.

We see the uses of fraud here.  The tactics that are being used on August 20,2012, to force the plaintiff out of their retirement home, these tactics have been to harass the plaintiff and his family out of their home by means of threats, harassment, discord, having undesirables sitting on the steps of their home.  For this reason, just to harass the family.

# CRIMINAL CIVIL RIGHT VIOLATIONS

➤ **The Defendent** looking up judges with no
commencing civil actions, no opposing parties.

. Neighborhood Restore engaged in this behavior on the basis of racial animus.

.. Neighborhood Restore has engaged in a pattern of obtaining possession to
properties owned by African American families in gentrifying neighborhoods, such
as Bedford-Stuyvesant, for the purpose of reselling those properties ot white owners
at a profit.

What is this?  Is it racism or politics or
gentrification?  It seems that the Courts have
violated the Civil Rights.  Have the Courts
joined in relationship with the rich mistreating
the working class, the poor, and the innocent?

For Justice, the Court should have issued a
discretionary stay of the Plaintiff's Eviction
pending the hearing and of his Appeal.

➤ **The Plaintiffs and his family were injured in their business and
property by reason of this violations of Article 18 USCA - 1962
and Penal Law Article 460.**

On or about July 2014, plaintiffs were evicted from their family home at 580

Lafayette Avenue,  Brooklyn, New York.

. The City never transferred a Deed to a Third-Party.  The City transfer a Lien sale
just to satisfy the Tax Lien to pay all monies      owned and due to the city.

2

The plaintiff herein, Wilbert Wilson is a resident of New York & resides at 580 Lafayette Avenue, Brooklyn NY.

The defendant herein, Marlo Bracey, Project Manager has a principle place of business at 100 Gold Street, New York, New York. Defendant is engaged in the business of Third Party Transfer and Tax Liens.

The dependent herein, Erica Sims has a principle place of business at 150 Broadway, New York, New York. The defendant is engaged in the business of City Collector Statement.

Where Due Process is Denied, the Case is VOID.  Plaintiff, DO NOT PANIC. Rule 60 (b) (4) of the United States Congress, MUST BE GRANTED.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9/25/18_

Signature of Plaintiff _Wilbert Wilson_

Printed Name of Plaintiff _Wilbert Wilson_

**B.  For Attorneys**

Date of signing: _9/25/2018_

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Plaintiff Mr. Wilbert Wilson, Veteran and Senior Citizen and his family asking the Court to vacate the fraudulent foreclosure judgment with respect to the property at 580 Lafayette Avenue, Brooklyn, New York 11205.

Wilbert Wilson, Plaintiff and Family asking the Court to set aside and provide Substantive Relief from this fraudulent VOID Judgment under the order decrees and proceeding under the Rules 60 (b) (4) and by Title 28 U.S.C.

9. With legal help, information and investigation showing a description of incidents that some individuals inserted into VOID Records into VOID Cases should have NEVER Existed.

10. To create and commence a Civil Fraud Action, the Defendant's Look-Up a Judge with No Commencing Civil Action, NO Opposing parties.

11. Where Due Process is Denied, the Case is VOID. Plaintiff, DO NOT PANIC. Rule 60 (b) (4) of the United States Congress, MUST BE GRANTED.

## VERIFICATION

State of New York )
                    ) ss.:
County of New York )

Uncle Roland Woods. being duly sworn deposes and says, that I am one of the plaintiffs in the within action; I have read the attached Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

Sworn to before me this 9/25/2018

_____
Notary Public

KAMAL P. SONI
Notary Public. State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

_____
Wilbert Wilson

_____
Roland Woods

_____

5-5

Plaintiff Mr. Wilbert Wilson, Veteran and Senior Citizen and his family asking the Court to vacate the fraudulent foreclosure judgment with respect to the property at 580 Lafayette Avenue, Brooklyn, New York 11205.

Wilbert Wilson, Plaintiff and Family asking the Court to set aside and provide Substantive Relief from this fraudulent VOID Judgment under the order decrees and proceeding under the Rules 60 (b) (4) and by Title 28 U.S.C.

➤ **The Plaintiffs and his family were injured in their business and property by reason of this violations of Article 18 USCA - 1962 and Penal Law Article 460.**

➤ **The Defendent Violated the Civil Rights Laws. The Rights that Caused Injured to the Plaintiffs.**

➤ **The Defendants Violated and Injured the Plaintiffs. Civil Rights.**

# CIVIL RIGHTS VIOLATIONS

## VOID JUDGEMENT

**VERIFICATION**

State of New York

) ss.:

County of New York )

# DO NOT PANIC!!

Uncle Roland Woods. being duly sworn deposes and says, that I am one of the plaintiffs in the within action; I have read the attached Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

# Relief Must Be Granted

Sworn to before me this 9/25/2018

_Wilbert Wilson_

WILBERT WILSON,

_Notary Public_

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31 2019

_Roland Woods_

ROLAND WOODS,

_Takyashilah Sabree_

Takyashilah Sabree p5-5

# INJURED?

## HURT BAD?

**This action out of a fraudulent FAKE VOID Docket Report of Brooklyn County Clerk, Nancy T. Sunshine, a VOID Index No. 8700-207 and Brooklyn Foreclosure Action No. 51, clearly showing VOID, No Action Commenced on February 23, 2007.**

**Under information, investigation, and belief, this Court has the authority If VOIDNESS is found, Relief MUST Be Granted.**

**Bank of America** Your application for a reverse mortgage has been approved

The Reverse Mortgage was approved, ready to pay off the taxes that were owed on the property for Mr. Wilbert Wilson, at 580 Lafayette Avenue, Brooklyn, New York. However, the Project Manager, Ms. Marlo Bracey, fraudulently falsified papers and delayed the papers so that the third-party Neighborhood Restore would redeem the property of the Plaintiff, Mr.

**Wilbert Wilson
580 Lafayette Avenue
Brooklyn, NY 11205**          RE: Loan/ Application Number: **228071342**

**Justice Larry D. Martin dismissed plaintiff, Mr. Wilson, instant Action on October 26, 2011, at a very early stage with no commencing Civil Action in Court, with no opposing parties solely on Statute of Limitations before any discovery could be performed concerning the allegations made by Mr. Wilson, proceeding under the Rules 60(b) (4) of the United States Congress.**

**If Voidness is found, YOU must stop now, do not panic, release must be granted.**

## CIVIL RIGHTS VIOLATIONS

# JUSTICE
# PROOF
# OF
# REVERSE MORTGAGE
# WITHIN
# STATUTE OF LIMITATION

**Bank of America** ˜ Your application for a reverse mortgage has been approved

The Reverse Mortgage was approved, ready to pay off the taxes that were owed on the property for Mr. Wilbert Wilson, at 580 Lafayette Avenue, Brooklyn, New York. However, the Project Manager, Ms. Marlo Bracey, fraudulently falsified papers and delayed the papers so that the third-party Neighborhood Restore would redeem the property of the Plaintiff, Mr.

## BUYING AND SELLING EXPART VOID JUDGMENT

Defendants alleges proceeding arises out of A FRAUD FAKE ACTION on October 26, 2011, that the Court granted the City of New York, a judgment of Foreclosure on default as to the property at 580 Lafayette Avenue, Brooklyn, New York. No Commenced Action in Court. VOID! Why No Action in Court?

On August 10, 2012, the New York City Commission of Finance issued a Deed Transferring the property at 580 Lafayette Avenue, Brooklyn, New York to Neighborhood Restore, with No Commenced Action in Court. A VOID.

# Reverse Mortgage Comparison

From:  Frank Garcia, Continental Home Loans Inc.
175 Pinelawn Road, Suite 400, Melville, NY 11747
Phone: 631-390-6300

Estimates For:  WILBERT WILSON   Date Of Birth:
6/11/1944
580 LAFAYETTE AVENUE
BROOKLYN, New York 11215

Closing Date:  10/19/2012 (estimate)

## Rates and Fees

|  |  |  |
|---|---|---|
| Index | N/A | 1MoLibor |
| Margin | N/A | 2.750% |
| Initial Interest Rate | 4.990% | 2.990% |
| Expected Interest Rate | 4.990% | 4.510% |
| Mortgage Insurance Rate | 1.25% | 1.25% |
| Cap on Interest Rate | 4.990% | 12.990% |
| Monthly Servicing Fee | $0.00 | $0.00 |
| Initial Credit Line Growth Rate | N/A | 4.240% |

## Calculation

|  |  |  |
|---|---|---|
| Home Value | $600,000.00 | $600,000.00 |
| Maximum Claim Amount | $600,000.00 | $600,000.00 |
| Principal Limit | $391,200.00 | $391,200.00 |
| - Servicing Set-Aside | $0.00 | $0.00 |
| Available Principal Limit | $391,200.00 | $391,200.00 |
| - Mortgage Insurance Premium | $12,000.00 | $12,000.00 |
| - Origination Fee | $6,000.00 | $6,000.00 |
| - Other Costs | $6,385.95 | $6,385.95 |
| Max. Cash Available | $366,814.05 | $366,814.05 |
| - Tax & Insurance Set-Aside | $0.00 | $0.00 |

## Available Funds

|  |  |  |
|---|---|---|
| Available Funds | $366,814.05 | $366,814.05 |
| Or Available Monthly Tenure | $0.00 | $2,083.61 |

## Requested Payments

|  |  |  |
|---|---|---|
| Cash Request | $366,814.05 | $366,814.05 |
| Monthly Income Request | N/A | $0.00 |
| LOC Request | N/A | $0.00 |

The above numbers are calculated based upon the specified interest rates and the estimated closing date noted above. Changes in interest rates and /or changes in actual closing dates may cause the amounts available to be higher or lower than stated.

_Wilbert Wilson_          _8/21/12_
WILBERT WILSON                Date

Loan Officer Company NMLS #:  13877
Loan Officer NMLS #:  118427
Copyright (c) 2012 ReverseDocuments  704,103

Page 1 of 1

Printed: 8/20/2012
Compare  / 0118



**Home Loans**

**11/9/2010**

**Wilbert Wilson**
**580 Lafayette Avenue**
**Brooklyn, NY 11205**

RE: Loan/ Application Number: **228071342**

Dear Borrowers:

Congratulations!  Your application for a reverse mortgage has been approved with the following terms:

| | |
|---|---|
| Product: | **HECM Monthly** |
| Appraised Value: | **500,000.00** |
| Purchase Price: | |
| Loan Amount: | **333,000.00** |
| | The loan amount is based on interest rates.  It is possible that the movement of interest rates could cause your loan amount to be higher or lower at the time of loan closing. |
| Interest Rate: | To be determined at closing by adding a margin of **2.250\*** to the index value in effect at that time.  The interest rate will adjust  annually   X   monthly. |
| Payment Plan: | **Line Of Credit** |

The Loan Amount above is your Gross Benefit for which you are eligible and the loan amount for which you have been approved.  At closing there will be a number of deductions from that amount that will reduce your actual cash proceeds or available proceeds going forward.  These deductions will include: (1) origination fee; (2) mortgage insurance premium or mortgagee insurance fee; (3) a servicing fee set-aside; (4) a set-aside for repairs, if applicable; (5) other closing costs (see your Good Faith Estimate for estimates of various closing costs); (6) payments for property taxes and/or property insurance premiums, if applicable.

In addition, the amounts to pay off any existing liens against your property or other amounts that you direct us to pay will also be deducted from the available proceeds.  Be sure you discuss these deductions with your loan specialist so you understand their impact on your available proceeds.

The Payment Plan indicated above is as you have selected at this time.  You may change your selected Payment Plan option at any time.

2- → **The Defendant Violated the Civil Rights Laws. The Rights that Caused Injured to the Plaintiffs.**

# CRIMINAL

# CIVIL RIGHTS

# VIOLATION

# NORTHEAST BROOKLYN

# HOUSING CORPORATION

# VOID JUDGEMENT

## DO NOT PANIC!!

### Relief Must Be Granted

**The Defendent Violated the Civil Rights Laws. The Rights that Caused Injured to the Plaintiffs.**

# CRIMINAL

# CIVIL RIGHTS

# VIOLATION

# NORTHEAST BROOKLYN

# HOUSING CORPORATION

# VOID JUDGEMENT

## DO NOT PANIC!!

### Relief Must Be Granted



150 Broadway, Suite 2101
New York, NY  10038
P: 212.584.8981
F: 212.584.8980
www.neighborhoodrestore.com

*Housing Development Fund Corp.*

The City Sold The Lien Sale to a Lien Holder, Not
a Lien Stoler or Stealer.

## Notice to Residents of Property Transfer
### 580 Lafayette Avenue

This notice is to inform you that Neighborhood Restore HDFC (NR) is the new owner of the building in which you live. Ownership of the building was transferred to Neighborhood Restore on August 8ᵗʰ, 2012 as part of the City of New York's Third Party Transfer Program. The purpose of the Third Party Transfer Program is to rehabilitate your building as affordable housing, while protecting all current, legitimate tenants from displacement.

Your building's new developer is:
**Northeast Brooklyn Housing
Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233
Telephone: 718-453-9490
Fax: 718-453-2503**

Your building's property manager is:
**Northeast Brooklyn Housing
Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233
Telephone: 718-453-9490
Fax: 718-453-2503**

As developer, **Northeast Brooklyn Housing Development Corporation** will be responsible for overseeing the rehabilitation of your building.

Effective immediately, **Northeast Brooklyn Housing Development Corporation** will be responsible for executing leases, collecting rent and responding to your building repair needs on behalf of NR. **Your prior landlord no longer has the right to collect rent from you and is no longer responsible for making any repairs to the building.**

RENT COLLECTION: The first full month of rent will be due on September 1ˢᵗ, 2012. **Northeast Brooklyn Housing Development Corporation** will let you know where to direct your payments.

RENTAL SUBSIDY RECIPIENTS: If you receive any type of rental subsidy (such as Section 8, SSI or public assistance) please notify your caseworker at the relevant agency where to direct these payments, once **Northeast Brooklyn Housing Development Corporation** lets you know. Please do **not** send any rental payments directly to Neighborhood Restore's office.

REPAIR REQUESTS: If you have repair requests, please first direct them to **Northeast Brooklyn Housing Development Corporation** instead of immediately contacting HPD's Emergency Repair Program as you may have done in the past.

**If you have questions about the management of the property please contact Northeast Brooklyn Housing Development Corporation at the number listed above. If you have questions about the Third Party Transfer Program please contact Alexis Witek 212.584.8981.**

*R E S T O R I N G    P R I D E    I N    C O M M U N I T I E S*

_Supreme_ Court of the State of New York

County of _KINGS_

Wilbert Wilson,

            _Plaintiff,_

- Against -

Neighborhood Restore Housing
Northeast Brooklyn Housing
Development Funding Corporation
and Marlo Bracey

NOTICE OF APPEAL

Index No.:

_505/13_

PLEASE TAKE NOTICE that (insert your name) _Wilbert Wilson_

hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second

Judicial Department, from a (insert judgment, order, decree, etc.) _Order_ of the

_Supreme_ Court, _Kings_ County, dated

_December 19, 2013_

Dated: _Brooklyn_, New York

_February_ _19_, 20 _14_

Yours, etc.,

_Wilbert Wilson_

Signature

(Print Name) _Wilbert Wilson_

(Address) _585 Lafayette Ave. Brooklyn NY 11205_

(Telephone Number) _718 237-3195_

To: (insert below the name and address of the clerk of the trial
court and the names and addresses of all opponents):

Supreme Court of the State of New York, County of Kings
at the Courthouse at Civic Center, Brooklyn, New York
Opponents:

1) Northeast Brooklyn Housing Development Corporation
   132 Ralph Ave, Brooklyn, NY 11233

2) Erica Sims  Neighborhood Restore Housing
   150 Broadway  suite 2101, New York, NY 10038

3) Marlo Bracey present Managing Defendant
   100 Gold

Civil Court of the City Of New York
County of   KINGS

Index No. L/T K69605/14

Marshal's Docket No. 49562 RESIDENTIAL

-------------------------------------------------------------------

NEIGHBORHOOD RESTORE HDFC

*Petitioner*
*Landlord*

*against*

*Respondent*
*Tenant*

JOHN DOE
Apt# BASEMENT
580 LAFAYETTE AVENUE
BROOKLYN NY 11205

*Respondent*
*Undertenant*

*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying*

-------------------------------------------------------------------

CITY MARSHAL
Ileana Rivera #4
6726 11th Avenue
Brooklyn, NY 11219
Tel: (718) 238-7770

**IMPORTANT - PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON**
**IMPORTANTE – USTED PUEDE SER DESHAUCIADO, EL**

| 07/28/14 |

OR THEREAFTER
O DESPUES

## NOTICE OF EVICTION[1]
### Alternative Service/Mailing

To the above named tenants and undertenants:

Please take notice that the court has issued a warrant for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday, except legal holidays.

The ONLY way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough.

If a court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted, if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citizen who needs legal assistance may contact Tel: 311.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (877)472-8411 or 311 for information.

DATE OF NOTICE[2]                    FECHADA

| Friday, July 18, 2014 |

## NOTIFICACION DE DESAHUCIO
### Notificacion Alterna/Postal

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en contra de usted. Si no desaloja al local descrito, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION** o en cualquier dia habil de ahi en adenlante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio SOLAMENTE si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario – Inquilino (Civil Court, Landlord-Tenant part) en su condado.

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notification adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario del la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con Tel 311.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tai vez puede ayudarle con los pagos atrasados, reciba :11 para

For Justice, the Court should have issued a discretionary stay of the Plaintiff's Eviction pending the hearing and of his Appeal.

4



conEdison                                    ON IT. Working for you 24/7.

**ACCOUNT NUMBER 64-4020-0760-0205-4**                    **June 26, 2013**

**IMPORTANT TURN-OFF OF SERVICE NOTICE**

Dear Customer:

We're writing to let you know that your June 26, 2013 bill had a past due balance of $398.72.  We are sorry, but your service will be turned off unless payment of this amount is received by July 9, 2013.

Our records indicate that our bills are being mailed to:

          NEBHDCO
          132 RALPH AVE
          BROOKLYN    NY 11233

For your information, we have enclosed a folder describing your rights as a utility customer.

If you have any questions, please call us at 1-877-262-6633.

Credit Operations                                          SADB

enc.

NEIGHBORHOOD RESTORE
HDFC
580 LAFAYETTE AVE PLP
BROOKLYN NY        11205

**Bill Summary**
Past Due Bills.........$398.72
Deposit Required..........None

**Total Amount**
Now Due...............$398.72

644020076002054  00000000000  00000039872

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS : HOUSING PART
------------------------------------------------------------------X      Index No.   1 0 1 7 6 8       1 2

NORTHEAST BROOKLYN HOUSING
DEVELOPMENT CORPORATION,

         Petitioner-Manager/Developer,

   -against-

WILSON WILBERT
580 Lafayette Avenue, Parlor Floor,
Brooklyn, New York 11205

        Respondent(s)-Tenant(s),

"JOHN DOE" and "JANE DOE"**

        Respondents-Undertenants.

**    First and/or last name of Tenant(s) and/or
Undertenant(s) is fictitious and unknown to Petitioner.
The persons intended are whomsoever are in possession
of the premises herein described.
------------------------------------------------------------------X

**NOTICE OF PETITION
HOLDOVER**

**Petitioner's
Business Address:**

132 Ralph Avenue
Brooklyn, NY 11233

Amount Claimed:
$2,000.00

      To the Respondent(s) above-named and described, in possession of the premises hereinafter described or claiming possession thereof:

      PLEASE TAKE NOTICE, that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of KINGS, at **141 LIVINGSTON STREET, Part** H , Room 507 , County of KINGS, City and State of New York, on **NOVEMBER 28, 2012**, at 2 pm o'clock in the fore/after noon   of that day, on the annexed Petition of NORTHEAST BROOKLYN HOUSING DEVELOPMENT CORPORATION, verified on November 8, 2012 which prays for a Final Judgment of Possession, awarding to the Petitioner the possession of premises described as follows: All rooms, Parlor Floor in the premises located at 580 Lafayette Avenue, County of KINGS, City and State of New York, as demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner, unless such defense or counterclaim is precluded by law or prior agreement between the parties.

      TAKE NOTICE also that **demand is made in the Petition for judgment against you for the sum of at least $2,000.00 with interest** from November 1, 2012.

10.

**INJURED?**

For Justice, the Court should have issued a discretionary stay of the Plaintiff's Eviction pending the hearing and of his Appeal.

Plaintiff Wilbert Wilson, submits a brief in support, asking the Supreme Court of Kings, Hon. Larry Martin, that Denied the Plaintiff's Order to Show Cause to set aside a deed Transferring Title to 580 Lafayette Avenue, Brooklyn, New York. The subject property to Neighborhood Restore, and return the subject property back to the Plaintiff, Mr. Wilson. But the Court granted Defendant a Cross-Motion to Dismiss Mr. Wilson's complaint on Statute of Limitation Grounds.

### IF JUSTICE IS NOT ISSUED

What is this? Is it racism or politics or gentrification? It seems that the Courts have violated the Civil Rights. Have the Courts joined in relationship with the rich mistreating the working class, the poor, and the innocent?



**CIVIL RIGHTS VIOLATIONS**

# CRIMINAL

# CIVIL RIGHTS

# VIOLATION

# AGAINST THE FAMILY

## Family Members

Junius Pierre and Vera Mae Pierre a native of New Orleans, Louisiana.

Junius Pierre enlisted in the U.S. Army, where he served his Country for 6 years with Honorable Discharge.

Because of the devastation of Hurricane Katrina destroying a vast part of New Orleans, Louisiana, Junius Pierre and Vera Mae Pierre lossed their Beauty Parlor Business due to Hurricane Katrina.

We had some bad times and suffered through some Sad times and thought it would be best To move to Brooklyn, New York, to pool our resources Together with the family to get some Healing but ended up finding Property Stealing.

06

Junius Pierre and Vera Mae Pierre thought relocating to Brooklyn, New York, would be a better place to live. But during the time of trying to adjust

(1)

here with the family, Neighborhood Restore Actions, are responsible for Fraudulently Eviction Act by looking up a Judge With No Commencing Civil Actions, by inserting Void Records into Void Case by Violating the family Civil Rights, that Caused the Eviction of the entired family members.

Because of Neighborhood Restore Fraudulently Eviction Act, removing the family from their home for over 40 years. at 580 Lafayette Avenue, Brooklyn, New York, Caused pains, Suffering, depression, frustration, aggravation and stressed, that led To Junius pierre and Vera Mae pierre Sickness that led To their deaths.

## <u>Family Member</u>

James Booker a native of Brooklyn, New York. In the early eighties, James Booker relocated with his family at 580 Lafayette Avenue, Brooklyn, New York, to pooled his resources together so the family could upgrade their home.

But in 2013, Neighborhood Restore Fraudulently Evicted the entire family members from their home which was in the family for over 40 years.

Because of Neighborhood Restore, Fraudulently Eviction, James Booker had to relocate with friends, where he became ill, stressful, depressed, frustrated and betrayed. He was admitted in the Hospital for treatment. But after the hospital stay, he was transferred to Silver Creek Nursing Center where he later died.

General Allegations Citizenship

1. Plaintiff Wilbert Wilson, a Senior Citizen, Veteran and a resident of The City, and state of New York residing in Kings County, Brooklyn, New York.

2. Plaintiff Roland Woods, a senior Citizen, Veteran and a resident of The City and State of New York residing in Kings County, Brooklyn, New York.

3. Plaintiff Nu'man Sabree, a Senior Citizen, Veteran and a resident of The City and State of New York residing in Kings County, Brooklyn, New York.

4. Plaintiff Sameerah Sabree, a Senior Citizen and a resident of The City and state of New York, residing in Kings County Brooklyn, New York.

5. Ta'Kyashilah Sabree, Citizenship and resident of The City and State of New York, residing in Kings County, Brooklyn, New York.

6. Kali Wilkerson, Citizen ship and resident of The City and State of New York, residing in kings County, Brooklyn, New York.

7. Emarami Jackson, Citizen ship and resident of The City and State of New York residing in Kings County, Brooklyn, New York.

Case 1:16-cv-01152-JMR-JDB Document 1-7 Filed 11/13/18 Page 30 of 54 PageID #: 108

# A Service of Remembrance

## For

## Deacon Junius Pierre

*August 4, 1925*



*August 22, 2017*

Monday, August 28, 2017

Visitation - 9:00 a.m.   Funeral Service - 10:00 a.m.

Second Highway Baptist Church

1533 Haydel Drive

Marrero, Louisiana 70072

Pastor Joseph J. Johnson, Officiating

# *Forever*
## *in our Hearts*



## HOMEGOING CELEBRATION FOR

# *Vera Mae Pierre*

*August 11, 1930 – September 6, 2016*

*Jamil Abu Bakr As-Saddiq*

*(James Wendell Booker)*



**Sunrise**
January 26, 1940

**Sunset**
October 19, 2015

**Service**
Tuesday, October 20, 2015, 9:00 am

*Masjid Khalifah*
120 Madison Street
Brooklyn, NY 11216

# CLAIMS FOR RELIEF

# FOR THE LAWSUITS

The Court should direct defendants to

First   CLAIM FOR RELIEF

WHEREFORE, Plaintiffs demand Judgment against Defendants

and each of them as follows:

1.   On the First Claim for relief compensatory damages in the amount of ₦ 5,000,000 _____ plus interest and punitive damages in the minimum amount _____;

Look at this argument, is this Justice?

* A Senior Citizen living at home for over forty-three years.  For Justice, the Court should have issued a Discretionary Stay of the Plaintiff - Appellant's Eviction pending the Hearing and Resolution of his Appeal.

Mr. Wilson, plaintiff was wrongfully dismissed by the Judge in the Supreme Court solely on the grounds based that the Judge was wrongfully misled and misinformed by the Defendants using fraudulently allegations.

2.   On the Second Claim for relief compensatory damages in the amount of ₦ 5,000,000 _____ plus interest;

The subject loan is a war compensation grant from the United Stated Government for Veterans.  The subject property at 580 Lafayette Avenue, Brooklyn, New York.  Roland Woods, a veteran of World War II and a senior citizen, who purchased the subject property with a United States Veteran Exemption Loan (Exclusion Rules).

Some of these representatives at H.P.D. working as part of a scheme to lull the plaintiff into a sense of compliancy until such time as the property could be transferred to the third-party; thereby depriving the plaintiff of the title to his property.

3.   On the Third Claim for relief trebled damages in the minimum amount of ₦ 5,000,000 _____ plus interest together with  nature of this claim is a breach of fiduciary duty.  Claim and relief must be granted because the Defendants used a void judgment and fraudulent used Index No: 8700-2007 without any commence Court Action.

on the fifth claim for relief, an accounting

## CLAIM FOR RELEF TO BE COMPENSATE

The Cause of Action Against Defendants and claim for relief.  These predicate of racketeering, occurring within five (5) years of each other constitute a pattern of racketeering activity within the meaning of Article 18 USCA - 1961 (5); and the predicate acts of corruption occurring within three (3) years of each other constitute a pattern of  corruption enterprise within the meaning of Penal Law Article 460.

The Plaintiffs and his family were injured in their business and property by reason of this violation of Article 18 USCA - 1962 and Penal Law Article 460.   Plaintiffs and family suffered damages including loss of the use of their retirement home.  The property has been in the family for over forty-three (43) years at 580 Lafayette Avenue, Brooklyn, New York.  The monetary losses in excess of **$7,000,000**

By the reason of Defendants and their Trustee, Project Managers and Third-Party transferring tax lien sale property violation of Article 18 USCA - 1962 and Penal Law Article 460.  The plaintiffs Mr. Wilson and family is entitled to pursuant to 18 USCA-1964© to treble damages sustained over or a minimum of **$10,000,000**          with interest thereon together with reasonable attorney's fees.

claim for relief, a permanent injunction enjoining

VOID

Referred to the In Rem Foreclosure Action No. 51, Borough of Brooklyn,      VOID Index No: 8700/2007 which have **NOT** been commenced on February 23, 2007 in Court.

Plaintiff Mr. Wilbert Wilson, Veteran and Senior Citizen and his family asking the Court to vacate the fraudulent foreclosure judgment with respect to the property at 580 Lafayette Avenue, Brooklyn, New York  11205.

DEFENDANTS

Responsible For These Actions

The consequences for the Third-Party Neighborhood Restore Actions, are responsible for fraudulently eviction Act that caused the death of three (3) members of the family.

## CLAIM FOR RELIEF

**on the seventh claim for relief, an order directing defendants to give**

RSPECT

With respect to a motion made Under Rules 60 (b) (4) where due process is Denied or

DISMISSED

Justice Larry D. Martin dismissed plaintiff, Mr. Wilson, instant Action on October 26, 2011, at a very early stage with no commencing Civil Action in Court, with no opposing parties, solely on Statute of Limitations before any discovery could be performed concerning the allegations made by Mr. Wilson proceeding under the Rules 60(b) (4) of the United States Congress.

$5,000,000

The Reverse Mortgage was approved, ready to pay off the taxes that were owed on the property for Mr. Wilbert Wilson, at 580 Lafayette Avenue, Brooklyn, New York. However, the Project Manager, Ms. Marlo Bracey, fraudulently falsified papers and delayed the papers so that the third-party Neighborhood Restore would redeem the property of the Plaintiff, Mr. Wilbert Wilson, owner.

$5,000,000

(The case is VOID, Johnson v. Zerbst, 304 U.S. 458 Sec. 1019, Pure Oil Co., City of North Lake). The Rule 60 (b) (4) authorized Relief. VOID judgment is judge Acted in a manner consistent with the Constitutional.

The due process by drafting a VOID proposed default class judgment a VOID, Decree, VOID Orders and VOID Deeds clouds and inserting them into the VOID Records of VOID cases that Do Not Exist or Ever Existed when a Motion challenges a VOID Judgment.

07/28/14

Civil Court of the City Of New York     Index No.L/T   K69603/14

County of   KINGS     Marshal's Docket No. 49560 RESIDENTIAL

| | |
|---|---|
| NEIGHBORHOOD RESTORE HDFC | *Petitioner*<br>*Landlord* |
| *against* | |
| | *Respondent*<br>*Tenant* |
| JOHN DOE<br>~~Floor~~ 3RD FLOOR<br>580 LAFAYETTE AVENUE<br>BROOKLYN NY 11205 | *Respondent*<br>*Undertenant* |

*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying*

CITY MARSHAL
**Ileana Rivera #4**
6726 11th Avenue
Brooklyn, NY 11219
Tel: (718) 238-7770

Claim for relief compensatory damages in the amount of
_____ ₦4,000,000 _____ plus interest and punitive damages in
the minimum amount _____ ;

---

## THIRTY (30) DAY NOTICE OF TERMINATION

<u>September 10, 2012</u>

Re:    Premises: All rooms, Parlor Floor, in the Premises known as and
located at 580 Lafayette Avenue, Brooklyn, New York 11205.

used for /   / Business   /xx/ Dwelling purposes.

TO:

**WILSON WILBERT**
580 Lafayette Avenue
Parlor Floor
Brooklyn, New York 11205

**JOHN DOE, JANE DOE**

Undertenants*

*First name of Tenant and/or Undertenant being
fictitious and unknown to petitioner, person Intended
being in possession of the premises herein described

or assigns, and every person In possession of the premises.

    You are hereby notified that Northeast Brooklyn Housing Development Corporation, the Manager/Developer
of 580 Lafayette Avenue, Brooklyn, New York, elects to terminate your tenancy-at-will of the above described
premises held by you as prior owner, or licensee of the prior owner of the subject building. Unless you remove from
the said premises on OCTOBER 31, 2012, the day on which your term expires, the Manager/Developer will
commence summary proceedings under the Statute to remove you from said premises for the holding over after the
expiration of your term and will demand the value of your use and occupancy of the premises during such holding
over.

6.

The Court should direct defendants to

## Claim For Relief

WHEREFORE, Plaintiffs demand Judgment against Defendants

- and each of them as follows:

. Claim for relief compensatory damages in the amount of

_____ $4,000,000 _____ plus interest and punitive damages in

the minimum amount _____;

---

fraudulent **NOTICE OF EVICTION**[1]

Civil Court of the City Of New York
County of  KINGS

Index No.L/T   K69602/14

Marshal's Docket No. 49376 RESIDENTIAL

| | |
|---|---|
| NEIGHBORHOOD RESTORE HDFC | *Petitioner*<br>*Landlord* |
| *against* | |
| | *Respondent*<br>*Tenant* |
| JANE DOE<br>~~Floor~~ 4TH FLOOR<br>580 LAFAYETTE AVENUE<br>BROOKLYN NY 11205 | *Respondent*<br>*Undertenant* |

*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying*

CITY MARSHAL
Ileana Rivera #4
6726 11th Avenue
Brooklyn, NY 11219
Tel: (718) 238-7770

**IMPORTANT - PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON**
**IMPORTANTE – USTED PUEDE SER DESHAUCIADO, EL**

07/28/14

**OR THEREAFTER**
**O DESPUES**

Northeast Brooklyn Housing Development Corporation came into possession pursuant to an In Rem Tax Foreclosure Action No. 51, Borough of Brooklyn, Supreme Court, County of Kings, Index No. 8700/2007 and subsequent Sale on or about July 8, 2012, and transferred dominion and control over the premises to Northeast Brooklyn Housing Development Corporation pursuant to a Management and Pre-Development Agreement, as part of a third party transfer with the City of New York.

This notice is being served upon you pursuant to the provisions of Real Property Law §232-a.

Dated: September 10, 2012

Any response should be directed to:
**SPERBER DENENBERG & KAHAN, P.C.**
Attn: Seth Denenberg, Esq.
*Attorneys for Manager/Developer*
48 West 37th Street, 16th Floor
New York, New York 10018
(917) 351-1335, ext. 212

**NORTHEAST BROOKLYN HOUSING
DEVELOPMENT CORPORATION**
Manager/Developer

By: _____
Jeffrey Dunston
*President*

W:\Sandra\hc-notice\NORTHEAST BROOKLYN\WILBERT-580lafayette_B30.wpd

11

STATING AND SHOWING

HOW

EACH DEFENDANT WAS

INVOLVED AND WHAT

EACH DEFENDANT DID.

THE

PLAINTIFFS DEMANDING

JUDGMENT AGAINST

THE DEFENDANTS

# NEIGHBORHOOD RESTORE
# AND
# NORTHEAST BROOKLYN
# HOUSING CORPORATION
# STATEMENT OF REVIEW

## STATEMENT OF FACTS
**This VOID CASE should have NEVER EXISTED in Court.**

**Plaintiff Rule 60(b)(4) Motion Verified to set aside VOIDS Relief by Title 28 U.S.C. A Section 1655 of the Judicial Code, U.S.C. Amendments Five, Seven, Fourteen - <u>Klugh v. U.S. 620</u>. When VOIDNESS is found, the United States Congress Rules you must Quit and Stop NOW. That is Mandatory. February 23, 2007. No commenced Action.**

CRIMINAL CIVIL RIGHT VIOLATIONS
Understanding risk and default risk, all the strategies third-party used for swapping property, uses void default general obligation strategies, looking up judges with no commencing civil actions, no opposing parties.

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION — SECOND DEPARTMENT

WILBERT WILSON,

Plaintiff-Appellant

-against-

NEIGHBORHOOD RESTORE
NORTHEAST BROOKLYN
DEVELOPMENT FUND CORPORATION
and MARLO BRACEY,

Defendants-Respondents

## BRIEF FOR PLAINTIFF-APPELLANT

## PRELIMINARY STATEMENT

*Pro se* plaintiff-appellant Wilbert Wilson, submits this brief in support of his appeal from an order ("Order") of the Supreme Court, County of Kings (Hon. Larry D. Martin, J.), that denied plaintiff-appellant's order to show cause to set aside a deed transferring title to 580 Lafayette Avenue, Brooklyn, New York (the "Subject Property") to Neighborhood Restore Housing and return the Subject Property back to plaintiff-appellant Wilbert Wilson and granted defendant-respondents' cross-motions to dismiss plaintiff's complaint on statute of limitations grounds.

## Statement Pursuant to CPLR 5531

### NEW YORK SUPREME COURT
### APPELLATE DIVISION - SECOND DEPARTMENT

WILBERT WILSON,

Plaintiff-Appellant

-against-

NEIGHBORHOOD RESTORE
NORTHEAST BROOKLYN
I                                    ) CORPORATION
and MARLO BRACEY,

Defendants-Respondents.

1. The index number of the case in the court below is 505/13

2. The full names of the original parties are as set forth above. There have been no changes.

3. The action was commenced in the Supreme Court of the State of New York, County of Kings.

4. The action was commenced by the filing of a Summons and Complaint on or about February 1, 2013.

5. This is an action for money damages for fraud and rescission of a deed.

6. The appeal is from an Order of Hon. Larry Martin, J.S.C., dated December 19, 2013

7. The appendix method is being used.



SUPREME COURT OF THE STATE OF NEW YORK

APPELATE DIVISION – SECOND DEPARTMENT

WILBERT WILSON,

Plaintiff- Appellant

-Against-

NEIGHBORHOOD RESTORE HOUSING,

NORTHEAST BROOKLYN HOUSING

DEVELOPMENT FUND CORPORATION

And MARLO BRACEY,

Defendants-Respondents

An Affidavit or Affirmation Order of Show Cause

This is a preliminary Injunction I, Wilbert Wilson, Plaintiff, in the above-entitled action, respectfully asking the Court please take time to review ad study these issues. After our close investment of three to four weeks, in which the whole family became so ill-disheartened over an illegal eviction. Then the next two days a suspicious fire occurred next door to our building that caused water damages to put us in a position, so we would not return to our property.

Unless justice is not issued, it can cause immediate damages of suffering, irreparable injuries and loss to the family. This house has been in the family over forty-three years. Judge, your honor, I just have to say this. This is a parable of history. It's now incredible to see that black or brown people living here today have to fight for the rights because they have little to no property rights.

I have requested for a stay to restore back into the premises pending the courts resolution of the appeal, but that was denied. Is it racism or politics or gentrification? It seems that the courts have violated the laws to protect working class, the poor and the innocent.

Have the courts joined in relationship with the rich and mistreating the working class, the poor and the innocent like a bitch?

STATE OF NEW YORK

COUNTY OF KINGS

SIGNED BEFORE ME ON 8/06/13

WILBERT WILSON

KAMAL P. SONI

Notary Public. State of New York

No. 01SO6089949

Qualified in Kings County

Commission Expires March 31, 2015

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2017111700867007003E34CC

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

Document ID: 2017111700867007
Document Type: DEED
Document Page Count: 4

Document Date: 11-01-2017

Preparation Date: 11-17-2017

**PRESENTER:**
ALL NEW YORK TITLE AGENCY, INC.
222 BLOOMINGDALE ROAD^ANY2017-2878
SUITE 306
WHITE PLAINS, NY 10605
914-686-5600
JKAMNA@ALLNYT.COM

**RETURN TO:**
SALVATORE D'AVOLA
NEIGHBORHOOD RESTORE HDFC
150 BROADWAY - SUITE 2101
NEW YORK, NY 10038

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1788 | 53 | Entire Lot | 580 LAFAYETTE AVENUE |

Property Type: DWELLING ONLY - 4 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

**PARTIES**

**GRANTOR/SELLER:**
NEIGHBORHOOD RESTORE HOUSING
DEVELOPMENT FUND CORP
150 BROADWAY, SUITE 2101
NEW YORK, NY 10038

**GRANTEE/BUYER:**
RESTORING URBAN NEIGHBORHOODS, LLC
150 BROADWAY, SUITE 2101
NEW YORK, NY 10038

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed     11-22-2017 13:46
City Register File No.(CRFN):
2017000430397

*Annette M Hill*

*City Register Official Signature*

# NEIGHBORHOOD RESTORE

# AND

# NORTHEAST BROOKLYN

# HOUSING CORPORATION

# STATEMENT OF REVIEW



THE BROOKLYN DISTRICT ATTORNEY'S OFFICE

☰  Main Menu

☰  Contact Us

## REITERATE OF CRIMINAL INVESTIGATION

**Defendants: Neighborhood, Restore You Fraudulently** Alleges on October 26, 2011, the Court granted the City of New York a Judgment of Foreclosure on Default to the Property at 580 Lafayette Avenue, Brooklyn, New York.

**Defendants: What a Big Fraud.** The City Did Not Commence Any Action on the No: 8700-2007 Tax Lien Foreclosure No: 51 In Rem in Court on February 23, 2007.

"No person ... nor be deprived of life, liberty, or property, without due process of law, nor shall private property be taken for public use, without just compensation."

**Search Results** of NYS Brooklyn UCS 59 Void Judgments that were falsified by officers of the court since 1976 up to and including 2015

Brooklyn County Clerk's falsified **Docket Report** of **Index 8700-2007** Brooklyn Foreclosure Class **Action No. 51** clearly showing action Not Commenced in NYS Brooklyn UCS February 23, 2007

NYS Brooklyn UCS **Docket Report** of Index 8700-2007 Foreclosure Class Action No. 51 clearly showing action commenced not in NYS Brooklyn UCS February 23, 2007

Falsified **Ex Parte and Urgent Default Judgment** No. 51 of October 26, 2011 of fake **Index 8700-2007** sold by Brooklyn Justice Larry D. Martin stealing over 184 multiunit apartment buildings for the City, including Preparer's, under color of some state law, in clear violation of due process, and not one **Legal Description** for over 184 real properties stolen from over 184 poor minority owners and their families without assistance of counsel, and said falsified same-day judgment issued 56 **months later** without Notice, Pleading, Affidavit, corresponding Motion being filed in the NYS Brooklyn UCS without Notice of Entry or Writ of Assistance served by any Sheriff. **See.** Docket Report Exhibit 4

**Letter** by Eric T. Schneiderman, NYS Attorney General, of December 26, 2014; Preparer knew there was policies and practices in place for fraud upon the NYS UCS itself, by officers of the court, but Preparer only realized in 2016 that "no In-rem class foreclosure action was ever actually **Commenced in court**" or no pleadings or verified duplicated delinquent tax-lien Lists were ever filed in the NYS Brooklyn UCS since 1976 and ongoing, including **Brooklyn Tax-Lien Foreclosure No. 51** of February 23, 2007



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
Corporation Counsel

ANDREA B. FELLER
Senior Counsel
phone:  212-788-9555
fax:  212-788-8872
email:  AFeller@law.nyc.gov

March 16, 2011

Hon. Bernadette Bayne
New York Supreme Court, Kings County
360 Adams Street
Brooklyn, NY 11201

Re: *In Rem Foreclosure Action No. 51, Borough of Brooklyn*, Index No.
8700/2007

Dear Justice Bayne:

We represent the City in the above-captioned *in rem* tax foreclosure action and submit the enclosed papers in support of our application for judgment. As fully explained in the enclosed papers, the City initially requested judgment on or about August 24, 2010, which request was denied due to the apparent mis-numbering of a page in the City's Affirmation of Regularity.

As set forth in the enclosed Supplemental Affirmation, sworn to March 16, 2011, the City's re-submission of its application for judgment includes an updated list of properties to be foreclosed, as well as copies of a number of certain supporting affidavits, as fully described in the Affirmation, the original of which are in the case file in the County Clerk's office and consequently not available for re-submission.

Thank you for your consideration of this matter.

Respectfully,

Andrea B. Feller

Code § 11-412 to the City of New York or, for class one and class two properties, pursuant to §§ 11-412.1 and 11-412.2 to the City of New York or to a third party deemed qualified and designated by the Commissioner of Housing Preservation and Development, the owners of such lands shall continue to have all of the rights, liabilities, responsibilities, duties and obligations of an owner, including, but not limited to, maintaining such lands in compliance with the housing maintenance, building and fire codes and all other applicable law; provided, however, that upon entry of judgment, HPD or its authorized agent may have access to the parcels herein described for the purposes of conducting inspections; and it is hereby further

**ORDERED, ADJUDGED AND DECREED**, that, with respect to class one and class two parcels that are not conveyed to the City of New York or to a third party deemed

... velopment within

the statutory eight month period, plus a 45 day toll for City Council review for properties to be transferred to a third party, commencing upon entry of the judgment pursuant to Admin. Code §§11-421.1 and 412.2 (unless the statutory period is tolled or extended by operation of law), the Commissioner of Finance shall direct the Corporation Counsel to prepare and cause to be entered an order discontinuing the instant *in rem* foreclosure proceeding and vacating and setting aside the final judgment as to those parcels.

Motion Denied.
Affirmation of Regularity is defective, paragraphs and pages are misnumbered rendering Affirmation is impossible to read
10-28-10 BFB

ENTER

J. S. C.

Hon. Bernadette Bayne

Nancy T. Sunshine
Clerk

2011 FEB 8 AM 9:45

5

Printed: 6/6/2013

Pr... Ues Provided

Case 1:15-cv-01172-MKB-SJB   Document 30   Filed 11/13/19   Page 49 of 54 PageID #: 297



**OFFICE OF THE CITY REGISTER**

| | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | **2009012901116001004EA994** |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

| Document ID: 2009012901116001 | Document Date: 01-29-2009 | Preparation Date: 05-15-2009 |
|---|---|---|
| Document Type: DEED | | |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| ROLAND WOODS | ROLAND WOODS |
| 580 LAFAYETTE AVENUE #1 | 580 LAFAYETTE AVENUE #1 |
| BROOKLYN, NY 11206 | BROOKLYN, NY 11206 |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 1788 | 53 | Entire Lot | | 580 LAFAYETTE AVENUE |

Property Type: DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN _____ or Document ID _____ or _____ Year ____ Reel ___ Page ____ or File Number _____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ROLAND WOODS | WILBERT WILSON |
| 580 LAFAYETTE AVENUE #1 | 580 LAFAYETTE AVENUE #2 |
| BROOKLYN, NY 11206 | BROOKLYN, NY 11206 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 75.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed          05-27-2009 11:15
City Register File No.(CRFN):
2009000156854

*Jeanette M. Hill*

*City Register Official Signature*

**OFFICE OF THE BROOKLYN DISTRICT ATTORNEY – FRAUD UPON THE NYS UNIFIED COURT SYSTEM, FALSIFYING OFFICIAL RECORDS AND COMMERCIAL BRIBERY INCIDENT REPORT**

# Brooklyn /Second Department/Office of the Court - Office of the City/Register Brooklyn Supreme Court and the 4 other Boroughs

**January 17, 2017**         **Preparer:** Wilbert Wilson
                                                    P.O. Box 50446
                                                    Brooklyn, New York
                                                    11205-044

## Description of the incident and individuals (officers of the court) involved:

The City of New York, former corporation counsel Michael A. Cardozo, Principal Law Clerk Inga M. O'Neale, Clerk of the Court Nancy T. Sunshine, Lawyer Alex S. Avitabile and Lawyer Jay S. Markowitz, jointly and severally, **committed fraud on the court, falsified official records through the use of commercial bribery for over four decades by operating a City-sanctioned corrupt simulated court system, within the New York State Unified Court System itself.  They illegally falsify official records and official documents by recording, filing, sealing and entering same in the**

*I*

official records of the NYS Unified Court System and Public Land Records in Violation of Federal Civil Rights Laws, NYC Building Codes, Fire Codes and federal, state, city and local Tax Codes.  No concern for due-process, fire safety codes, tax codes, U.S. Constitution or Oath of Office.  That additional parties, including NYS Brooklyn Justices Larry D. Martin and Larry Knipel, assistant corporation counsels Mindy R. Koenig and Andrea B. Feller, former NYC Mayors, former corporation counsels, judges, lawyers, commissioners, directors, county clerks, supervisors, law clerks, judges and clerks and deputy clerks of court, also involved in long-running ongoing corrupt criminal enterprise since 1976.

That such wealthy individuals involved, stole tens of thousands of poor minority owner-occupied multi-million-dollar multi-unit apartment buildings, used for the residences and support of poor owners and their children and families, without ever commencing in-rem class actions in the NYS Unified Court System, falsifying official records or otherwise buying and selling ex parte void judgments since 1976 without any interruption.

There is official corruption also within the NYC Department of Buildings of falsifying (omissions, concealing) business records, illegal building

2

renovations and installations of gas lines and meters without permits,

regulations or inspections.  **Right now, my Premises (Block 1223 Lot 1) has**

**illegal Fire Pit (or two) on top of the roof (4th floor) that was not**

**permitted, regulated, or inspected.**


**Parties outside the NYS Court System itself involved:**

NYC Mayors, NYC Corporation Counsel, NYC Law Department,

Commissioner of NYC Housing Preservation and Development,

Commissioners of NYC Department of Finance, former, present and future,

as well as NYC Bar Lawyers, Alex S. Avitabile, Esquire, Jay S. Markowitz,

Esquire, Director of NYC Department of Finance, Offices of the City Register

for all 5 Boroughs, First American Title Insurance Company, Bank of New

York Mellon, NYC Department of Buildings, NYC Public Safety and

National Grid (formerly known as the Brooklyn Union Gas Company).

3

Please fill out parts A and B below. If we think you may be eligible for a senior, disabled homeowner, or veteran exemption or meet the "Circuit Breaker" credit or active duty military requirements, we will send an application.

If we approve you for a senior, disabled homeowner or a combat- or disability-level veteran exemption or verify you meet the "Circuit Breaker" credit or active military duty requirements, we will remove your property from the lien sale.

A. Check ALL of the following statements that apply to you.

- ☑ My property is a 1- to 3-family house or residential condominium.
- ☑ I own the property listed below and use it as my primary residence.
- ☐ By December 31, 2012, my spouse or I will be at least 65 years old and the total combined income for all owners is less than $37,400.
- ☐ One of the owners receives disability benefits and the total combined income for all owners is less than $37,400.
- ☐ My spouse or I are active duty military personnel.
- ☑ I am a veteran or a Gold Star parent.
- ☐ I received the New York State Property Tax Credit (the "Circuit Breaker" credit) for Tax Year 2011.

B. You MUST fill in the following information below:

If you do not fill in items 1 through 6, we will not be able to send you an exemption application. Item 8 is optional. Please print all information.

1. OWNER'S NAME: _Wilbert Wilson_

2. PHONE NUMBER: (_3 4 7_) _9 8 6_ - _4 1 7 9_

3. STREET ADDRESS: _580 Lafayette Avenue_

4. CITY: _Brooklyn_

5. STATE: _New York_  6. ZIP CODE: _11205_

7. BOROUGH: _Bklyn_  BLOCK: _1788_  LOT: _53_

8. EMAIL ADDRESS: _____

---

**Mail to NYC Department of Finance, Lien Sale Exemptions Unit, 59 Maiden Lane, 22nd Floor, New York, NY 10038**

_Wilbert Wilson_
WILBERT WILSON

LUCY GORDON ROSEMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 24-4612600
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 2014

_July 10, 12_
Date

Let's walk through; you will see the fraud and these false allegations. Enough of this! Fraud, racketeering, bribery, conspiracy is enough. Neighborhood Restore illegally stole the plaintiff's property by using falsified void judgment without any commenced action in court. And fraudulently evicted, the plaintiff, Mr. Wilson and his family from their retirement home for over forty-three (43) years.

February 23, 2007, Plaintiff's Rule 60 (b) (4) Relief, Under Title 28 U.S.C.

1. The Court's has the authority when a Judgment is VOID. Yes, do not panic. Relief must be Granted.

2. On February 23, 2007 VOID. Index No: 8700-2007, NOT commenced in Supreme Court but was inserted into the Official records. A fraud on the Court.

3. On February 23, 2007, In Rem Tax Liens Foreclosure, Index No. 51 VOID, not commenced in the United States Supreme Court but inserted into the Official Records.

4. Upon information, investigation and belief, NILSA ACEVEDO, is a Supervisor at New York City HPD, NOT a Lawyer, NOT qualified to open, maintain, defend or prosecute cases in court. Simply "opened" Index No. 8700-2007, and Action No. 5, without actually filing in Court. A duplicative list from 2005 Unpaid Delinquent Tax Liens, complaints, and clearly showing NO Action Commenced in New York State Supreme Court of Kings County. No commenced is VOID.

5. These proceedings arises out of a Fraudulent FAKED VOID DOCKET REPORT OF Brooklyn County Clerks, Nancy T. Sunshine, A VOID INDEX NO: 8700-2007, AND Brooklyn Foreclosure Action No: 51, clearly showing VOID, NO ACTION COMMENCED ON February 23, 2007.

6. Upon information, investigation and belief, Defendant's jointly and severely in their individual capacities acted in a manner inconsistent with the Constitutional due process by drafting a VOID Proposed Default Judgment: VOID Decree, VOID Orders and VOID Deeds of Subject Properties Transferring Inserted into VOID Official VOID Records.

7. Defendant's the court has authority if VOIDNESS is found, Relief is not a discretionary matter, it is mandatory. Index No: 8700-2007, Not Commenced VOID, United States Congress set aside and provided Substantive Relief from a VOID judgment.