ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
—————————————————————— x

Wilbert Wilson

      Plaintiff,       Affirmation of Service

-against-

Neighborhood Restore Development and Northeast Brooklyn,   18 CV 1172 ( )
      Defendant.
—————————————————————— x

I, Wilbert Wilson, declare under penalty of perjury that I have served a copy of the ~~attached~~ Amended Complaint upon Max Rayetsky, Goldstein Hall, PLLC whose address is: 80 Broad Street New York, NY 10004

Dated: 11/14/18
, New York

Signature: Wilbert Wilson

Address: P.O. Box 50446

City, State, Zip Code: Brooklyn, NY 11205-0446

RECEIVED NOV 15 2018 PRO SE OFFICE

Affirmation of Service (USDC-EDNY) - January 2003

```
=========================================
              CANARSIE
         10201 FLATLANDS AVE
              BROOKLYN
                 NY
              11236-9997
              3509920311
11/14/2018    (800)275-8777    12:44 PM
=========================================
=========================================
Product              Sale          Final
Description          Qty           Price

PM 1-Day              1            $6.70
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Flat Rate)
    (Expected Delivery Date)
    (Thursday 11/15/2018)
    (USPS Tracking #)
    (9510 8141 9665 8318 2481 39)
  Insurance           1            $0.00
      (Up to $50.00 included)
  Sign Conf           1            $3.00

Total                              $9.70

Cash                              $10.00
Change                            ($0.30)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

           Preview your Mail
          Track your Packages
           Sign up for FREE @
         www.informeddelivery.com


 All sales final on stamps and postage
  Refunds for guaranteed services only
        Thank you for your business

          HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
       https://postalexperience.com/Pos

    840-5110-0089-005-00039-39508-02

       or scan this code with
         your mobile device:

           [QR code]

       or call 1-800-410-7420.
           YOUR OPINION COUNTS




Bill #:  840-51100089-5-3939508-2
Clerk:   18
```