UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
WILBERT WILSON, ROLAND WOODS,
TA'KYASHILAH SABREE, and E.J.,

        Plaintiffs,

-against-

NEIGHBORHOOD RESTORE
DEVELOPMENT and NORTHEAST
BROOKLYN,

        Defendants.
---------------------------------------------------------------- X

**Docket No.: 18-CV-1172-MKB-SJB**

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK )

      **MELANIE MCFARLANE**, being duly sworn, states as follows:

1.    I am over 18 years of age;

2.    I am not a party to this action;

3.    I am employed with Goldstein Hall PLLC at 80 Broad Street, Suite 303, New York, New York 10004;

4.    On December 5, 2018, I served a copy of the **"Letter dated December 5, 2018 RE: Wilbert Wilson, et al. v. Neighborhood Restore Housing Development Fund Corporation, et ano. Case No.: 18-cv-1172, Briefing Schedule"** on:

        United States District Court
        Eastern District of New York
    225 Cadman Plaza East, Room N 626
        Brooklyn, New York 11201
        Attn: Judge Margo K. Brodie

5. The service was made by mailing a true and complete copy of the aforementioned document to the party named above via **Regular Mail,** in a postage pre-paid envelope, and depositing same in an official depository of the United States Postal Service within New York State to the last known address as set forth above.

_____
MELANIE MCFARLANE

Sworn before me on
the 5th day of December 2018

_____
NOTARY PUBLIC



BRIAN J. MARKOWITZ
Notary Public, State of New York
Qualified in New York County
Reg. No. 02MA6077879
My Comm. Exp. 7/22/2022