UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILBERT WILSON, ROLAND WOODS, TA'KYASHILAH SABREE, and E.J.,

                      Plaintiffs,

-against-

NEIGHBORHOOD RESTORE DEVELOPMENT, and NORTHEAST BROOKLYN,

                      Defendants.

Case No.: 18-CV-1172 (MKB)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Neighborhood Restore Housing Development Fund Corporation, i/s/h/a Neighborhood Restore, and Northeast Brooklyn Housing Development Corporation, i/s/h/a Northeast Brooklyn.

Dated: New York, New York
         January 31, 2019

                                    **GOLDSTEIN HALL PLLC**

                                      S/ Brian J. Markowitz
                          By:  **BRIAN J. MARKOWITZ, ESQ.**
                                 Attorneys for Defendants
                                 *Neighborhood Restore Housing Development Fund Corporation and Northeast Brooklyn Housing Development Corporation*
                                 80 Broad Street, Suite 303
                                 New York, New York 10004
                                 (646) 768-4127