UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK

| | |
|---|---|
| WILBERT WILSON, ROLAND WOODS, TA'KYASHILAH SABREE, and E.J.,<br><br>Plaintiffs,<br><br>-against-<br><br>NEIGHBORHOOD RESTORE DEVELOPMENT, and NORTHEAST BROOKLYN,<br><br>Defendants. | Case No.: 18-CV-1172 (MKB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                                         )  ss.:
COUNTY OF NEW YORK  )

**MELANIE MCFARLANE**, being duly sworn, states as follows:

1. I am over 18 years of age;

2. I am not a party to this action;

3. I am employed with Goldstein Hall PLLC at 80 Broad Street, Suite 303, New York, New York 10004;

4. On March 11, 2019, I served a copy of the "**Affirmation in Reply and Further Support of Defendants' Motion to Dismiss**" dated March 11, 2019 upon:

| | |
|---|---|
| **WILBERT WILSON**<br>P.O. Box 50446<br>Brooklyn, New York 11205 | **WILBERT WILSON**<br>580 Lafayette Avenue<br>Brooklyn, New York 11205 |
| **ROLAND WOODS**<br>P.O. Box 50446<br>Brooklyn, New York 11205 | **ROLAND WOODS**<br>580 Lafayette Avenue<br>Brooklyn, New York 11205 |

TA'KYASHILAH SABREE
P.O. Box 50446
Brooklyn, New York 11205

TA'KYASHILAH SABREE
580 Lafayette Avenue
Brooklyn, New York 11205

E.J.
P.O. Box 50446
Brooklyn, New York 11205

E.J.
580 Lafayette Avenue
Brooklyn, New York 11205

5. The service was made by sending a true and complete copy of the aforementioned document to the person(s) named above via **Regular and Certified Mail**, in postage pre-paid envelopes, and depositing same in an official depository of the United States Postal Service within New York State to the last known address as set forth above.

_____
**MELANIE MCFARLANE**

Sworn before me on
the 11th day of March 2019

_____
**NOTARY PUBLIC**

BRIAN J. MARKOWITZ
Notary Public, State of New York
Qualified in New York County
Reg. No. 02MA6077879
My Comm. Exp. 7/22/20 22

2