December 17, 2019

Hon. Margo K. Brodie
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Wilson et al v. Neighborhood Restore Development et al*, 18-cv-01172 (MKB) (SJB)

Dear Judge Brodie:

I am the *pro se* Plaintiff in the above-captioned case.[1] I write to respectfully request an extension of time from December 17, 2019 to January 16, 2020 to file my opposition to Defendant's Motion to Dismiss.

This is my first such request for an extension. I have conferred with opposing counsel about this request for an extension. Opposing counsel does not object, provided that Defendant receives an additional 15 days to submit their reply. I thank the Court in advance for its consideration.

Respectfully submitted,

Wilbert Wilson, *Pro se* Plaintiff

cc: Brian J. Markowitz
Max Rayestsky
Goldstein Hall PLLC
80 Broad Street
Ste. 303
New York, NY 10004



---

[1] This letter was prepared with the help of an attorney with the City Bar Justice Center's Federal Pro Se Legal Assistance Project.