



February 24, 2020

Hon. Margo K. Brodie
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Wilson v. Neighborhood Restore Dev.*, 18-cv-1172 (MKB) (ST)

Dear Judge Brodie:

I am the *pro se* Plaintiff in the above-captioned case.[1] I write to respectfully request that the Court consider the attached two exhibits in connection with my Opposition to the Motion to Dismiss, which I filed by hand on Friday, February 21, 2020, in accordance with the Court's Order of January 16, 2020. *See* **Exh. A, B** (attached hereto). I inadvertently neglected to include these Exhibits A and B to my Opposition brief on Friday, and when I realized my mistake, the Office of the Pro Se Clerk had closed.

    Respectfully submitted,

    */s/ Wilbert Wilson*

    Wilbert Wilson

    Plaintiff, *pro se*

Cc:   Brian J. Markowitz
      Goldstein Hall, PLLC
      80 Broad St., Ste. # 303
      New York, NY 10004



---

[1] This letter was drafted with the help of an attorney in the City Bar Justice Center's Pro Se Legal Assistance Project.



**Bank of America**
Home Loans

11/9/2010

Wilbert Wilson
580 Lafayette Avenue
Brooklyn, NY 11205

RE: Loan/ Application Number: **228071342**

Dear Borrowers:

Congratulations! Your application for a reverse mortgage has been approved with the following terms:

| | |
|---|---|
| Product: | **HECM Monthly** |
| Appraised Value: | **500,000.00** |
| Purchase Price: | |
| Loan Amount: | **333,000.00** |
| | The loan amount is based on interest rates. It is possible that the movement of interest rates could cause your loan amount to be higher or lower at the time of loan closing. |
| Interest Rate: | To be determined at closing by adding a margin of **2.250\*** to the index value in effect at that time. The interest rate will adjust   annually   **X**   monthly. |
| Payment Plan: | **Line Of Credit** |

The Loan Amount above is your Gross Benefit for which you are eligible and the loan amount for which you have been approved. At closing there will be a number of deductions from that amount that will reduce your actual cash proceeds or available proceeds going forward. These deductions will include: (1) origination fee; (2) mortgage insurance premium or mortgagee insurance fee; (3) a servicing fee set-aside; (4) a set-aside for repairs, if applicable; (5) other closing costs (see your Good Faith Estimate for estimates of various closing costs); (6) payments for property taxes and/or property insurance premiums, if applicable.

In addition, the amounts to pay off any existing liens against your property or other amounts that you direct us to pay will also be deducted from the available proceeds. Be sure you discuss these deductions with your loan specialist so you understand their impact on your available proceeds.

The Payment Plan indicated above is as you have selected at this time. You may change your selected Payment Plan option at any time.

*See*

79 Commitment Letter (margin lock)

Civil Rico-Crimes
18 USC 1961

# INJURED?

On or about July 2014, plaintiffs were evicted from their family home

In Accordance Brooklyn District Attorney
Not commenced in NYS Bklyn UCS

Responsible For These Actions

## AS AND FOR A THIRD CAUSE OF ACTION

The consequences for the Third-Party Neighborhood Restore Actions, are Responsible for Fraudulently Eviction Act that Caused the Death of three (3) members of the family.

Plaintiffs asking Brooklyn District Attorney and Court to investigate Neighborhood Restore to return Plaintiff's property at 580 Lafayette Avenue, Brooklyn, New York in same completed renovation and condition and with compensation.

In accordance with means of District Attorney.

**SEARCH RESULTS** of NYS Brooklyn UCS <u>59</u> falsified and void Judgments that were drafted and inserted by officers of the court beginning 1976 up to and including 2015; Defendants totally corrupted the Civil Division of the NYS Unified Court System; Operating criminal enterprises daily within the NYS Unified Court System for over forty years; not including the 4 Counties.

Dated:

STATE OF NEW YORK
COUNTY OF KINGS

2 Day of 20 20 20

_Notary signature_
Notary Public

PIYUSH B. SONI
Notary Public, State of New York
No. 01SO6038647
Qualified in Kings County
Commission Expires March 20, 2022

_Wilbert Wilson (signature)_
Wilbert Wilson
P.O. Box 50446
Brooklyn, NY 11205

11