COPY

Mr. Wilson
347 986 4179

RECEIVED
JAN 14 2020
PRO SE OFFICE

Seen by the Pro Se Office 7/2/2020- KC

January 14, 2020

Hon. Margo K. Brodie
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Wilson v. Neighborhood Restore Dev.*, 18-cv-1172 (MKB) (SJB)

Dear Judge Brodie:

    I am the *pro se* Plaintiff in the above-captioned case.[1] I write to respectfully request a brief extension of time to file my Opposition to the Motion to Dismiss. On December 22, 2019, my wife passed away. I have since been struggling with my grief. I have found it impossible to focus on my opposition brief. I, therefore, request a brief extension of five weeks, until February 21, 2020. I will not make any further requests for an extension on this motion.

    I have spoken to opposing counsel, Brian Markowitz, who consents to my request on two conditions: (1) that Defendants be granted two weeks from my opposition due date to file their reply; and (2) that this be the final extension on this motion.

    Respectfully submitted,

*Wilbert Wilson*
Wilbert Wilson
Plaintiff, *pro se*
P.O. Box 50446
Brooklyn, NY 11205

cc:   Brian Markowitz
      Goldstein Hall PLLC
      80 Broad St., Ste. # 303
      New York, NY 10004

---

[1] This letter was prepared with the help of an attorney in the City Bar Justice Center Pro Se Legal Assistance Project.

CALL Ms. Wilson
347 986 4172

C,



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

WILBERT WILSON
ROLAND WOODS
TA'KASHILAH SABREE & E.J.

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

NEIGHEAST RETORE and NORTHEAST BROOKLYN

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Second Amended
Complaint for a Civil Case

Case No. CV. 18-1172

(to be filled in by the Clerk's Office)

Jury Trial: ☑ Yes ☐ No
(check one)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 2 2020 ★

BROOKLYN OFFICE



RECEIVED
NOV 12 2019
PRO SE OFFICE

Dated:

Brooklyn, NY

Wilbert Wilson

Wilbert Wilson
P.O. Box 50446
Brooklyn, NY 11205

STATE OF NEW YORK
COUNTY OF KINGS

SIGNED BEFORE ME ON 11/12/2019

Wilbert Wilson

PIYUSH B. SONI
Notary Public, State of New York
No. 01SO6038647
Qualified in Kings County
Commission Expires March 20, 2022